## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **ROOSEVELT TAYLOR** | ) |
| | ) Division |
| Plaintiff, | ) |
| | ) Case No. 4:14-cv-00818-CDP |
| v. | ) |
| | ) |
| **MEDICREDIT, INC.** | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Notice of Dismissal herein.

**PONTELLO LAW, LLC**

 /s/ Dominic M .Pontello.
DOMINIC M. PONTELLO. #60947
Pontello Law, LLC.
5988 Mid Rivers Mall Dr, Suite 112
St. Charles, Missouri 63304
(636) 541-7673
(636) 441-6881 facsimile

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The below signature certifies that on October 10, 2014, the foregoing was served by e-mail to the following counsel of record:

**LATHROP & GAGE LLP**
/s/Scott J. Dickenson
Scott J. Dickenson. 50478
James Redd IV, 66172
77012 Forsyth Blvd., Suite 500
Clayton, MO 63105
(314) 613-2800
(314) 613-2801
sdickenson@lathropgage.com
jredd@lathropgage.com
*Attorneys for Defendant*

/s/ Dominic M. Pontello.

2