## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **ROOSEVELT TAYLOR** | ) |
| | ) Division |
| Plaintiff, | ) |
| | ) Case No. 4:14-cv-00818-CDP |
| v. | ) |
| | ) |
| **MEDICREDIT, INC.** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action should be dismissed with prejudice, each party to bear its own costs.

Dated: October 30, 2014            Respectfully submitted,


**PONTELLO LAW, LLC**

By:   **/s/ Dominic Pontello,** MO#60947
5988 Mid Rivers Mall Dr, Suite 112
St. Peters, MO 63304
Telephone:  (636) 541-7673
Facsimile: (636) 441-6881
dominic@pontellolaw.com

**Attorney for Plaintiffs**

2

## **CERTIFICATE OF SERVICE**

    The below signature certifies that on October 30, 2014, the foregoing was served by e-mail to the following counsel of record:

Scott J. Dickenson, #50478MO
James Redd IV, #66172
LATHROP & GAGE LLP
77012 Forsyth Blvd., Suite 500
Clayton, MO 63105
(314) 613-2800 (telephone)
(314) 613-2801 (facsimile)
sdickenson@lathropgage.com
jredd@lathropgage.com

*Attorneys for Defendant*

                /s/ Dominic M. Pontello.